151 A.3d 975

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JEAN MORALES, DEFENDANT-PETITIONER.

FILED September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003088-13 having been submitted to this Court, and the Court having determined that the trial court's statement of reasons for not providing oral argument on this initial petition for post-conviction relief did not overcome the strong presumption in favor of oral argument established in *State v. Parker*, 212 *N.J.* 260 (2012); it is hereby

ORDERED that the petition for certification is granted and the judgment of the Superior Court, Appellate Division is summarily reversed, and the matter is remanded to the trial court for oral

argument on defendant's petition for post-conviction relief. Jurisdiction is not retained.